UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-65-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> SHANNON THEARTHOR. DAVIS | ORDER TO SEAL |

On motion of the Defendant, Shannon Thearthor Davis, and for good cause shown, it is hereby ORDERED that the **[DE58]** be sealed until further notice by this Court.

IT IS SO ORDER.

This **23** day of **February**, 20**18**.

James C. Dever, III
CHIEF UNITED STATES DISTRICT JUDGE