UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-65-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SHANNON THEARTHOR DAVIS | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 60 in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

This the 23 day of February, 2018.

JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE